## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| ELOISE "LULU" PECK, DECEASED, by and through TIMOTHY PECK, Individually and on Behalf of the Estate of ELOISE "LULU" PECK, DECEASED MINOR, *et al.,*<br>　　　*Plaintiffs,*<br>v.<br><br>CAMP MYSTIC, LLC, *et al.,*<br>　　　*Defendants* | CIVIL ACTION NO. 1:26-cv-1922 |

### DEFENDANTS' NOTICE OF REMOVAL

Camp Mystic, LLC, Natural Fountains Properties, Inc., Mystic Camps Family Partnership, Ltd., and Mystic Camps Management, LLC (collectively, "**Debtors**" or "**Defendants**") hereby file this Notice of Removal (the "**Notice**") pursuant to 28 U.S.C. §§ 1334(b), 1367(a), and 1452, Federal Rule of Bankruptcy Procedure 9027 and W.D. Tex. L. Rule 9027-1.

1.　　　The lawsuit being removed is Cause No. D-1-GN-25-009983 in the 459th District Court for Travis County, Texas, the (the "**State Court**") styled *Eloise "Lulu" Peck, Deceased, et al. v. Camp Mystic, LLC, et al.* (the "**Removed Lawsuit**"). In the Removed Lawsuit, the Plaintiffs (described below) seek millions of dollars in damages against the Debtors, as well as exemplary damages, arising out of the tragic loss of life that occurred at the Camp Mystic summer camp during the July 2025 flooding of the Guadalupe River.  The Removed Lawsuit is one of five (5) such lawsuits, which collectively involve twenty-two (22) different sets of plaintiffs, asserting millions of dollars in claims against the Debtors and other Defendants, each of which is being removed to this Court by the Debtors pursuant to 28 U.S.C. § 1452.

**I.**
**THE PARTIES**

2.      The plaintiffs (collectively, "**Plaintiffs**") in the Removed Lawsuit, who may be

served through their counsel of record, are:

**Plaintiffs:**

(a)      Timothy Peck is an individual residing in Dallas County, Texas;

(b)      Timothy Peck, on behalf of the Estate of Eloise "Lulu" Peck, Deceased
         Minor, is an individual residing in Dallas County, Texas;

(c)      Melissa Peck is an individual residing in Dallas County, Texas;

(d)      Melissa Peck, on behalf of the Estate of Eloise "Lulu" Peck, Deceased
         Minor, is an individual residing in Dallas County, Texas;

**Counsel of Record:**

Randy R. Howry
State Bar No. 10121690
Sean E. Breen
State Bar No. 00783715
**HOWRY BREEN & HERMAN, L.L.P.**
1900 Pearl Street
Austin, Texas 78705
Telephone: 512.474.7300
Facsimile: 512.474.8557
Email: rhowry@howrybreen.com
         sbreen@howrybreen.com

**-AND-**

Jarom Tefteller
State Bar No. 24060705
**TEFTELLER LAW, PLLC**
403 W. Tyler Street
Gilmer, Texas 75644
Telephone: 903.843.5678
Facsimile: 903.680.2310
Email: jt@tlaw-pllc.com

**-AND-**

Ron Armstrong, II
State Bar No. 24059394
**THE ARMSTRONG FIRM, PLLC**
109 Yoalana St., Suite 210
Boerne, Texas 78006
Telephone: 210.277.0542
Facsimile: 210.277.0548
Email: rwaii@tafpllc.com

3.     The Defendants in the Removed Lawsuit, including the Debtors, and their counsel

of record are:

(a)     Debtor/Defendant Camp Mystic, LLC is a Texas limited liability company;

**Counsel of Record:**

Martin Sosland (State Bar No. 18855645)
Candice M. Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
        candice.carson@vkhh.com

- AND -

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
        emily.chou@vkhh.com
        suki.rosen@vkhh.com
        lynda.lankford@vkhh.com

-AND-

Carlos A. Balido (State Bar No. 01631230)
**WALTERS BALIDO & CRANE**

10440 North Central Expressway, Suite 1500
Dallas, Texas 75231
Direct Telephone: 214.204.2250
Main Telephone: 214.204.2100
Main Facsimile: 214.204.2101
Email: Carlos.Balido@wbclawfirm.com

**-AND-**

Jeff Ray (State Bar No. 16604400)
**RAY | PEÑA, P.C.**
9601 McAllister Freeway, Suite 901
San Antonio, Texas 78216
Telephone: (210) 341-3554
Facsimile: (210) 341-3557
Email: jray@raylaw.com

**-AND-**

Thomas C. Wright (State Bar No. 22059400)
Jessica Z. Barger (State Bar No. 24032706)
Kenneth J. Fair (State Bar No. 24007171)
Joshua Fiveson (State Bar No. 24093438)
**WRIGHT CLOSE BARGER & GUZMAN, LLP**
700 Louisiana Street, Suite 3000
Houston, Texas 77002
Telephone: (713) 572-4321
Facsimile: (713) 572-4320
Email: wright@wrightclosebarger.com
        barger@wrightclosebarger.com
        fair@wrightclosebarger.com
        jfiveson@wcbglaw.com

(b)    Debtor/Defendant Mystic Camps Family Partnership, Ltd. is a Texas limited
partnership;

**Counsel of Record:**

Martin Sosland (State Bar No. 18855645)
Candice M. Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com

---

candice.carson@vkhh.com

- AND -

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
        emily.chou@vkhh.com
        suki.rosen@vkhh.com
        lynda.lankford@vkhh.com

**-AND-**

Mikal Watts (State Bar No. 20981820)
**WATTS LAW FIRM LLP**
110 Tributary Ranch Road
Mountain Home, Texas 78058
Telephone: (512) 479-0500
Email: mikal@wattsllp.com

(c)     Debtor/Defendant Mystic Camps Management, LLC is a Texas limited liability
        company.

**Counsel of Record:**

Martin Sosland (State Bar No. 18855645)
Candice M. Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
        candice.carson@vkhh.com

- AND -

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)

Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
      emily.chou@vkhh.com
      suki.rosen@vkhh.com
      lynda.lankford@vkhh.com

**-AND-**

Mikal Watts (State Bar No. 20981820)
**WATTS LAW FIRM LLP**
110 Tributary Ranch Road
Mountain Home, Texas 78058
Telephone: (512) 479-0500
Email: mikal@wattsllp.com

(d)      Debtor/Defendant Natural Fountains Properties, Inc. is a Texas corporation;

**Counsel of Record:**

Martin Sosland (State Bar No. 18855645)
Candice M. Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
      candice.carson@vkhh.com

**- AND -**

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
      emily.chou@vkhh.com
      suki.rosen@vkhh.com

lynda.lankford@vkhh.com

**-AND-**

Mikal Watts (State Bar No. 20981820)
**WATTS LAW FIRM LLP**
110 Tributary Ranch Road
Mountain Home, Texas 78058
Telephone: (512) 479-0500
Email: mikal@wattsllp.com

**-AND-**

P. Clark Aspy (State Bar No. 1394170)
**NAMAN, HOWELL, SMITH & LEE, PLLC**
8310 N. Capitol of TX Hwy, Suite 490
Austin, Texas 78731
Telephone: (512) 225-2453
Facsimile: (512) 474-1901
Email: aspy@namanhowell.com

**-AND-**

Michael Shane O'Dell (State Bar No. 24065835)
**NAMAN, HOWELL, SMITH & LEE, PLLC**
1300 Summit Avenue, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 509-2052
Facsimile: (817) 509-2060
Email: sodell@namanhowell.com

**-AND-**

Jordan A. Mayfield (State Bar No. 24037051)
**NAMAN, HOWELL, SMITH & LEE, PLLC**
400 Austin Ave., Suite 800
Waco, Texas 76701
Telephone: (254) 755-4100
Facsimile: (254) 754-6331
Email: mayfield@namanhowell.com

(e)     Defendant Willetta Eastland is an individual residing in Travis County, Texas;

**Counsel of Record:**

---

Notice of Removal                                                                                      Page 7

Mikal Watts (State Bar No. 20981820)
**WATTS LAW FIRM LLP**
110 Tributary Ranch Road
Mountain Home, Texas 78058
Telephone: (512) 479-0500
Email: mikal@wattsllp.com

**-AND-**

P. Clark Aspy (State Bar No. 1394170)
**NAMAN, HOWELL, SMITH & LEE, PLLC**
8310 N. Capitol of TX Hwy, Suite 490
Austin, Texas 78731
Telephone: (512) 225-2453
Facsimile: (512) 474-1901
Email: aspy@namanhowell.com

**-AND-**

Michael Shane O'Dell (State Bar No. 24065835)
**NAMAN, HOWELL, SMITH & LEE, PLLC**
1300 Summit Avenue, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 509-2052
Facsimile: (817) 509-2060
Email: sodell@namanhowell.com

**-AND-**

Jordan A. Mayfield (State Bar No. 24037051)
**NAMAN, HOWELL, SMITH & LEE, PLLC**
400 Austin Ave., Suite 800
Waco, Texas 76701
Telephone: (254) 755-4100
Facsimile: (254) 754-6331
Email: mayfield@namanhowell.com

4.     On June 24, 2026 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "**Bankruptcy Court**").  The Debtors' bankruptcy cases (collectively, the "**Bankruptcy Cases**")

have been assigned the following case numbers and are currently pending before the Honorable

Christopher M. Lopez:

(a)    Camp Mystic, LLC, Case No. 26-90621;

(b)    Natural Fountains Properties, Inc., Case No. 26-90622;

(c)    Mystic Camps Management, LLC, Case No. 26-90623; and,

(d)    Mystic Camps Family Partnership, Ltd., Case No. 26-90624.

On June 29, 2026, the Bankruptcy Court entered an order jointly administering the Bankruptcy

Cases under *In re Camp Mystic, LLC*, Case No. 23-90621 [ECF 17 in Case No. 23-90621].

**II.**
**BASIS FOR REMOVAL**

5.      Section 1452(a) of Title 28 of the United States Code allows state law claims to be

removed where federal jurisdiction arises under 28 U.S.C. § 1334 and provides as follows:

> A party may remove any claim or cause of action in a civil action
> other than a proceeding before the United States Tax Court or a civil
> action by a governmental unit to enforce such governmental unit's
> police or regulatory power, to the district court for the district where
> such civil action is pending, if such district court has jurisdiction of
> such claim or cause of action under section 1334 of this title.

28 U.S.C. § 1452(a).

6.      Pursuant to 28 U.S.C. § 1334(b) "the district courts shall have original but not

exclusive jurisdiction of all civil proceedings arising under title 11, or arising in or related to cases

under title 11." 28 U.S.C. § 1334(b). The Fifth Circuit determines "related to" jurisdiction

broadly. A case is "related to" a bankruptcy case if "the outcome of that proceeding could

*conceivably* have any effect on the estate being administered in bankruptcy." *Matter of Wood*, 825

F.2d 90, 93 (5th Cir. 1987) (emphasis in original); *cf.*, *Coar v. National Union Fire Ins. Co.*, 19

F.3d 247, 249 (5th Cir. 1994) (finding direct tort action against a debtor's insurer was "related to"

the debtor's bankruptcy case and established federal court jurisdiction).  Here, the claims asserted against the Debtors in the Removed Lawsuit and four other lawsuits, seeking millions of dollars against the Debtors, will have a substantial effect on their bankruptcy estates.

7.     "Core" bankruptcy jurisdiction statutorily includes "matters concerning the administration of the estate" and "other proceedings affecting the liquidation of the assets of the estate or the adjustment of the debtor-creditor or the equity security holder relationship … ."  28 U.S.C. § 157(b)(2)(A) and (O).  The estimation or liquidation of personal injury tort cases is excepted from being a core matter under 28 U.S.C. § 157(b)(2)(B); however, such matters may be tried "in the district court in which the bankruptcy case is pending, or in the district court in the district in which the claim arose, *as determined by the district court in which the bankruptcy case is pending*."  28 U.S.C. § 157(b)(5) (emphasis added).

8.     In this case, bankruptcy jurisdiction exists pursuant to §1334(b) because the Debtors are defendants in the Removed Lawsuit.  Concurrently with this Notice, the Debtors are also filing notices of removal to this Court pertaining to four (4) additional lawsuits by other families seeking millions of dollars arising out of the same tragedy.  The claims asserted by the Plaintiffs in the Removed Lawsuit, as well as the claims asserted by the plaintiffs in the other four (4) lawsuits filed against the Debtors and other defendants, will have a will have a substantial effect on the Debtors' bankruptcy estates.  Accordingly, the United States District Court for the Western District of Texas possesses subject matter jurisdiction over the Removed Lawsuit pursuant to 28 U.S.C. § 1334(b) because it is "related to" the Debtors' Bankruptcy Cases.

9.     This Court has supplemental jurisdiction over any claims or defenses asserted by the parties that are not otherwise within this Court's jurisdiction.  28 U.S.C. § 1367(a).  To the

extent this Court lacks jurisdiction over any removed claim pursuant to 28 U.S.C. § 1334, this Court has supplemental jurisdiction over such claims pursuant to 28 U.S.C. § 1367.

10.     Immediately following the removal, the Debtors anticipate filing a motion to transfer venue of the Removed Lawsuit and four (4) other lawsuits to the Southern District of Texas, which is the district court in which the Bankruptcy Cases are pending.  Pursuant to 28 U.S.C. § 157(b)(5), the Southern District of Texas is the only district court with jurisdiction to determine the proper venue for the Removed Lawsuit and four (4) other lawsuits.  *See Murray v. Pan Am. World Airways, Inc. (In re Pan Am Corp.)*, 16 F.3d 513, 516 (2d Cir. 1994) ("The [§ 157(b)(5)] transfer motion should be made to the district court in the district where the bankruptcy is proceeding."); *A.H. Robins Co. v. Piccinin (In re A.H. Robins Co.)*, 788 F.2d 994, 1010–11 (4th Cir. 1986) (unlike 28 U.S.C. § 1412, venue transfer under § 157(b)(5) must be decided by district court where bankruptcy case is pending); *Calumet Nat'l Bank v. Levine*, 179 B.R. 117, 121 (N.D. Ind. 1995) (district court where personal injury tort or wrongful death action is pending has "no authority to grant [movant]'s request for transfer under section 157(b)(5)"; sole authority lies with district court where bankruptcy is pending).

11.     Fed. R. Bankr. P. 9027(a)(2) permits the filing of a notice of removal within 90 days after the entry of the order for relief in a case under the Bankruptcy Code. The Debtors filed their voluntary petitions for relief on June 24, 2026.  Accordingly, this Notice is timely.

12.     Pursuant to Fed. R. Bankr. P. 9027(a) and W.D. Tex. L.B.R. 9027-1(b)(2), copies of the docket sheet for the Removed Lawsuit and all pleadings filed in the Removed Lawsuit are attached hereto as **Exhibit "A."**

Dated:  July 13, 2026

Respectfully submitted,

*/s/ Jeff P. Prostok*
Martin Sosland (State Bar No. 18855645)
Candice M. Carson (State Bar No. 24074006)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
2200 Ross Avenue, Suite 4600W
Dallas, Texas 75201
Telephone: (469) 654-1340
Email: martin.sosland@vkhh.com
        candice.carson@vkhh.com

**-AND-**

Jeff P. Prostok (State Bar No. 16352500)
Emily S. Chou (State Bar No. 24006997)
Suzanne K. Rosen (State Bar No. 00798518)
Lynda L. Lankford (State Bar No. 11935020)
**VARTABEDIAN KATZ HESTER & HAYNES LLP**
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102
Telephone: (817) 214-4990
Email: jeff.prostok@vkhh.com
        emily.chou@vkhh.com
        suki.rosen@vkhh.com
        lynda.lankford@vkhh.com

*Proposed Counsel to Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon parties reflected below via email and first class mail, postage prepaid on July 13, 2026.

/s/ Jeff P. Prostok
Jeff P. Prostok

| | |
|---|---|
| Randy R. Howry<br>State Bar No. 10121690<br>Sean E. Breen<br>State Bar No. 00783715<br>**HOWRY BREEN & HERMAN, L.L.P.**<br>1900 Pearl Street<br>Austin, Texas 78705<br>Telephone: 512.474.7300<br>Facsimile: 512.474.8557<br>Email: rhowry@howrybreen.com<br>　　　　sbreen@howrybreen.com<br><br>*Counsel for Plaintiffs* | Jarom Tefteller<br>State Bar No. 24060705<br>**TEFTELLER LAW, PLLC**<br>403 W. Tyler Street<br>Gilmer, Texas 75644<br>Telephone: 903.843.5678<br>Facsimile: 903.680.2310<br>Email: jt@tlaw-pllc.com<br><br>*Counsel for Plaintiffs* |
| Ron Armstrong, II<br>State Bar No. 24059394<br>**THE ARMSTRONG FIRM, PLLC**<br>109 Yoalana St., Suite 210<br>Boerne, Texas 78006<br>Telephone: 210.277.0542<br>Facsimile: 210.277.0548<br>Email: rwaii@tafpllc.com<br><br>*Counsel for Plaintiffs* | Mikal Watts<br>**WATTS LAW FIRM LLP**<br>110 Tributary Ranch Road<br>Mountain Home, Texas 78058<br>mikal@wattsllp.com<br><br>*Counsel for Natural Fountains Properties, Inc., Willetta Eastland, Mystic Camps Family Partnership, Ltd., and Mystic Camps Management, LLC* |
| Carlos A. Balido<br>**WALTERS BALIDO & CRANE**<br>10440 North Central Expressway, Suite 1500<br>Dallas, Texas 75231<br>Carlos.Balido@wbclawfirm.com<br><br>*Counsel for Camp Mystic, LLC,* | Jeff Ray<br>**RAY | PEÑA, P.C.**<br>9601 McAllister Freeway, Suite 901<br>San Antonio, Texas 78216<br>jray@raylaw.com<br><br>*Counsel for Camp Mystic, LLC* |

| | |
|---|---|
| P. Clark Aspy<br>**NAMAN, HOWELL, SMITH & LEE, PLLC**<br>8310 N. Capitol of TX Hwy, Suite 490<br>Austin, Texas 78731<br>Telephone: (512) 225-2453<br>Facsimile: (512) 474-1901<br>aspy@namanhowell.com<br><br>Michael Shane O'Dell<br>**NAMAN, HOWELL, SMITH & LEE, PLLC**<br>1300 Summit Avenue, Suite 700<br>Fort Worth, Texas 76102<br>Telephone: (817) 509-2052<br>Facsimile: (817) 509-2060<br>sodell@namanhowell.com<br><br>Jordan A. Mayfield (State Bar No. 24037051)<br>**NAMAN, HOWELL, SMITH & LEE, PLLC**<br>400 Austin Ave., Suite 800<br>Waco, Texas 76701<br>Telephone: (254) 755-4100<br>Facsimile: (254) 754-6331<br>mayfield@namanhowell.com<br><br>*Counsel for Natural Fountains Properties, Inc.,* and *Willetta A. Eastland* | Thomas C. Wright<br>Jessica Z. Barger<br>Kenneth J. Fair<br>Joshua Fiveson<br>**WRIGHT CLOSE BARGER &**<br>**GUZMAN, LLP**<br>700 Louisiana Street, Suite 3000<br>Houston, Texas 77002<br>wright@wrightclosebarger.com<br>barger@wrightclosebarger.com<br>fair@wrightclosebarger.com<br>jfiveson@wcbglaw.com<br><br>*Counsel for Camp Mystic, LLC* |